# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DILLMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TUOLUMNE COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00404-LJO-SKO<br><br>ORDER DIRECTING CLERK OF THE COURT TO FILE CONFIDENTIAL SETTLEMENT STATEMENTS UNDER SEAL<br><br>(ECF Nos. 80, 81) |

On September 30, 2013, an order issued setting a scheduling conference for December 2, 2014, before the undersigned and directing the parties to submit confidential settlement statements directly to the court. Rather than submit their confidential statements to the Court as directed in the order, the parties filed their confidential settlement statements. (ECF Nos. 80, 81.)

Settlement statements are not to be disclosed to the Judge or Magistrate Judge assigned to try the action without the agreement of the parties. Local Rule 270(d). Pursuant to the September 30, 2013 order and the Local Rules confidential settlement statements are not to be filed with the Court. The party is to "file a one page document entitled 'Notice of Submission of Confidential Settlement Conference Statement.'" Local Rule 270(d). The settlement statement is to be e-mailed or sent directly to chambers of the magistrate judge who will be presiding over the settlement conference. Id.

1

Accordingly, the Clerk of the Court is directed to place the parties' confidential settlement statements under seal.

IT IS SO ORDERED.

Dated:  **December 2, 2014**

_____
UNITED STATES MAGISTRATE JUDGE