# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DILLMAN, et al., | Case No. 1:13-cv-00404-LJO-SKO |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ECF NO. 84 |
| TUOLUMNE COUNTY, et al., | |
| Defendants. | |

On December 3, 2014, the Court ordered Defendants to show cause why sanctions should not be imposed for their failure to personally appear at a settlement conference scheduled on December 2, 2014. (ECF No. 84.) Defendants submitted a response to the order on December 12, 2014. (ECF No. 85.)

As noted in the order to show cause, the order setting the settlement conference clearly stated that the parties must attend the settlement conference with their attorneys. Moreover, contrary to Defendants' assertion that they were unaware that they could have requested that the settlement conference be vacated, the order clearly stated that:

> As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference.

(Scheduling Order, at pg. 8:5-9, ECF No. 30.) Nonetheless, the Court will discharge the order to

show cause without imposing sanctions. The Court notes that Plaintiffs did not file a memorandum setting forth their costs and attorneys' fees, as ordered in the Court's order to show cause.

Based upon the representations therein, it is HEREBY ORDERED that the December 3, 2014 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **December 31, 2014**

UNITED STATES MAGISTRATE JUDGE

2