FILED
MAY 7 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DILLMAN, and STEPHEN DILLMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPUTY DAVID VASQUEZ,<br><br>    Defendant. | Case No.: 1:13-CV-00404-SKO<br><br>**SPECIAL VERDICT FORM**<br>**AS TO PLAINTIFF STEPHEN DILLMAN** |

# SPECIAL VERDICT FORM

We, the jury, unanimously find the following:

### (42 U.S.C. Section 1983–wrongful arrest)

1. Would the information that David Vasquez had available to him at the time he arrested Stephen Dillman suggest to a reasonable law enforcement officer that there was a fair probability that Stephen Dillman had committed a crime?

    Answer: Yes ✓  No ____

    IF YOU ANSWERED "YES" TO QUESTION 1, SKIP QUESTION 2 AND PROCEED TO QUESTION 3. IF YOU ANSWERED "NO" TO QUESTION 1, PROCEED TO QUESTION 2.

2. Was the arrest of Stephen Dillman the moving force in causing injury to Stephen Dillman?

    Answer: Yes ____  No ____

    REGARDLESS OF YOUR ANSWER TO QUESTION 2, PROCEED TO QUESTION 3.

### (42 U.S.C. Section 1983–excessive force)

3. Did the manner in which David Vasquez handcuffed Stephen Dillman constitute an excessive use of force?

    Answer: Yes ____  No ✓

    IF YOU ANSWERED "YES" TO QUESTION 3, PROCEED TO QUESTION 4. IF YOU ANSWERED "NO" TO QUESTION 3, SKIP QUESTION 4 AND PROCEED TO QUESTION 5.

1

4. Was David Vasquez's handcuffing of Stephen Dillman the moving force in causing injury to Stephen Dillman?

   Answer: Yes _____ No _____

   REGARDLESS OF YOUR ANSWER TO QUESTION 4, PROCEED TO QUESTION 5.

   **(Battery by a peace officer)**

5. Did David Vasquez use unreasonable force in arresting Stephen Dillman?

   Answer: Yes _____ No ✓

   IF YOU ANSWERED "YES" TO QUESTION 5, PROCEED TO QUESTION 6.   IF YOU ANSWERED "NO" TO QUESTION 5, SKIP QUESTION 6 AND PROCEED TO QUESTION 7.

6. Was David Vasquez's use of unreasonable force a substantial factor in causing injury to Stephen Dillman?

   Answer: Yes _____ No _____

   REGARDLESS OF YOUR ANSWER TO QUESTION 6, PLEASE PROCEED TO QUESTION 7.

### (Intentional Infliction of Emotional Distress)

7. Was David Vasquez's conduct outrageous?

   Answer: Yes _____ No __✓__

   IF YOU ANSWERED "YES" TO QUESTION 7, PROCEED TO QUESTION 8. IF YOU ANSWERED "NO" TO QUESTION NO. 7 PLEASE SKIP QUESTIONS 8, 9 AND 10, AND PROCEED TO QUESTION 11.

8. Did David Vasquez intend to cause Stephen Dillman emotional distress?

   Answer: Yes _____ No _____

   IF YOU ANSWERED "YES" TO QUESTION 8, PROCEED TO QUESTION 9. IF YOU ANSWERED "NO" TO QUESTION NO. 8, PLEASE SKIP QUESTIONS 9 AND 10 AND PROCEED TO QUESTION 11.

9. Did Stephen Dillman suffer severe emotional distress?

   Answer: Yes _____ No _____

   IF YOU ANSWERED "YES" TO QUESTION 9, PROCEED TO QUESTION 10. IF YOU ANSWERED "NO" TO QUESTION 9, PLEASE SKIP QUESTION 10 AND PROCEED TO QUESTION 11.

10. Was David Vasquez's intentionally outrageous conduct a substantial factor in causing Stephen Dillman's severe emotional distress?

Answer: Yes _____ No _____

REGARDLESS OF YOUR ANSWER TO QUESTION 10, PROCEED TO QUESTION 11.

### (Negligence)

11. Was David Vasquez negligent in the manner in which he arrested and transported Stephen Dillman?

Answer: Yes _____ No ✓

IF YOU ANSWERED "YES" TO QUESTION 11, PLEASE PROCEED TO QUESTION 12. IF YOU ANSWERED "NO" TO QUESTION 11, STOP, GO NO FURTHER AND HAVE THE PRESIDING JUROR SIGN AND DATE THIS FORM.

12. Was David Vasquez's negligence a substantial factor in causing Stephen Dillman serious emotional distress?

Answer: Yes _____ No _____

REGARDLESS OF YOUR ANSWER TO QUESTION 12, HAVE THE PRESIDING JUROR SIGN AND DATE THIS FORM, AND RETURN THE VERDICT FORM TO THE COURTROOM CLERK.

SO SAY WE ALL, this 7th day of May, 2015.

_____
Presiding Juror

4