**FILED**

MAY 7 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DILLMAN, and STEPHEN DILLMAN, <br><br>    Plaintiffs, <br><br>v. <br><br>DEPUTY DAVID VASQUEZ, <br><br>    Defendant. | Case No.: 1:13-CV-00404-SKO <br><br> **SPECIAL VERDICT FORM AS TO PLAINTIFF MICHAEL DILLMAN** |

# SPECIAL VERDICT FORM

We, the jury, unanimously find the following:

### (42 U.S.C. Section 1983–wrongful arrest)

1. Would the information that David Vasquez had available to him at the time he arrested Michael Dillman suggest to a reasonable law enforcement officer that there was a fair probability that Michael Dillman had committed a crime?

    Answer: Yes ✓   No _____

    IF YOU ANSWERED "YES" TO QUESTION 1, SKIP QUESTION 2 AND PROCEED TO QUESTION 3.  IF YOU ANSWERED "NO" TO QUESTION 1, PROCEED TO QUESTION 2.

2. Was the arrest of Michael Dillman the moving force in causing injury to Michael Dillman?

    Answer: Yes _____   No _____

    REGARDLESS OF YOUR ANSWER TO QUESTION 2, PROCEED TO QUESTION 3.

### (42 U.S.C. Section 1983–excessive force)

3. Did the manner in which David Vasquez handcuffed Michael Dillman constitute an excessive use of force?

    Answer: Yes _____   No ✓

    IF YOU ANSWERED "YES" TO QUESTION 3, PROCEED TO QUESTION 4.  IF YOU ANSWERED "NO" TO QUESTION 3, SKIP QUESTION 4 AND PROCEED TO QUESTION 5.

1

4.   Was David Vasquez's handcuffing of Michael Dillman the moving force in causing injury to Michael Dillman?

Answer: Yes _____ No _____

REGARDLESS OF YOUR ANSWER TO QUESTION 4, PROCEED TO QUESTION 5.

**(42 U.S.C. Section 1983–deliberate indifference to a serious medical condition)**

5.   Did Michael Dillman have a serious medical condition?

Answer: Yes _____ No ✓

IF YOU ANSWERED "YES" TO QUESTION 5, PROCEED TO QUESTION 6. IF YOU ANSWERED "NO" TO QUESTION 5, SKIP QUESTION 6, 7 AND 8, AND PROCEED TO QUESTION 9.

6.   Did David Vasquez know that Michael Dillman had a serious medical condition at the time he arrested him?

Answer: Yes _____ No _____

IF YOU ANSWERED "YES" TO QUESTION 6, PROCEED TO QUESTION 7.   IF YOU ANSWERED "NO" TO QUESTION 6, SKIP QUESTIONS 7 AND 8, AND PROCEED TO QUESTION 9.

2

7. Was David Vasquez deliberately indifferent to Michael Dillman's serious medical condition?

   Answer: Yes _____ No _____

   IF YOU ANSWERED "YES" TO QUESTION 7, PROCEED TO QUESTION 8. IF YOU ANSWERED "NO" TO QUESTION 7, SKIP QUESTION 8, AND PROCEED TO QUESTION 9.

8. Was David Vasquez's deliberate indifference to Michael Dillman's serious medical condition the moving force in causing injury to Michael Dillman?

   Answer: Yes _____ No _____

   REGARDLESS OF YOUR ANSWER TO QUESTION 8, PLEASE PROCEED TO QUESTION 9.

   **(Battery by a peace officer)**

9. Did David Vasquez use unreasonable force in arresting Michael Dillman?

   Answer: Yes _____ No ✓

   IF YOU ANSWERED "YES" TO QUESTION 9, PROCEED TO QUESTION 10. IF YOU ANSWERED "NO" TO QUESTION 9, SKIP QUESTION 10 AND PROCEED TO QUESTION 11.

3

10. Was David Vasquez's use of unreasonable force a substantial factor in causing injury to Michael Dillman?

Answer: Yes _____ No _____

REGARDLESS OF YOUR ANSWER TO QUESTION 10, PLEASE PROCEED TO QUESTION 11.

**(Intentional Infliction of Emotional Distress)**

11. Was David Vasquez's conduct outrageous?

Answer: Yes _____ No ✓

IF YOU ANSWERED "YES" TO QUESTION 11, PROCEED TO QUESTION 12. IF YOU ANSWERED "NO" TO QUESTION NO. 11, PLEASE SKIP QUESTIONS 12, 13, AND 14 AND PROCEED TO QUESTION 15.

12. Did David Vasquez intend to cause Michael Dillman emotional distress?

Answer: Yes _____ No _____

IF YOU ANSWERED "YES" TO QUESTION 12, PROCEED TO QUESTION 13. IF YOU ANSWERED "NO" TO QUESTION NO. 12, PLEASE SKIP QUESTIONS 13 AND 14 AND PROCEED TO QUESTION 15.

13. Did Michael Dillman suffer severe emotional distress?

    Answer: Yes _____ No _____

    IF YOU ANSWERED "YES" TO QUESTION 13, PROCEED TO QUESTION 14. IF YOU ANSWERED "NO" TO QUESTION 13, PLEASE SKIP QUESTION 14 AND PROCEED TO QUESTION 15.

14. Was David Vasquez's intentionally outrageous conduct a substantial factor in causing Michael Dillman's severe emotional distress?

    Answer: Yes _____ No _____

    REGARDLESS OF YOUR ANSWER TO QUESTION 14, PROCEED TO QUESTION 15.

### (Negligence)

15. Was David Vasquez negligent in the manner in which he arrested and transported Michael Dillman?

    Answer: Yes _____ No ✓

    IF YOU ANSWERED "YES" TO QUESTION 15, PLEASE PROCEED TO QUESTION 16. IF YOU ANSWERED "NO" TO QUESTION 15, STOP, GO NO FURTHER AND HAVE THE PRESIDING JUROR SIGN AND DATE THIS FORM.

5

16. Was David Vasquez's negligence a substantial factor in causing Michael Dillman serious emotional distress?

Answer: Yes \_\_\_\_\_ No \_\_\_\_\_

REGARDLESS OF YOUR ANSWER TO QUESTION 16, HAVE THE PRESIDING JUROR SIGN AND DATE THIS FORM, AND RETURN THE VERDICT FORM TO THE COURTROOM CLERK

SO SAY WE ALL, this 7th day of May, 2015.

_____
Presiding Juror