**FILED**

**JUDGMENT ENTERED**

_____
                Date
by _____A. Timken_____
                                    Deputy Clerk
              U.S. District Court
      Eastern District of California
    __XX____  FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

MICHAEL DILLMAN, et al.,

    Plaintiffs,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:13-CV-00404- SKO

DEPUTY DAVID VASQUEZ,

    Defendant.

_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF *DEFENDANT DEPUTY DAVID VASQUEZ*, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 5/7/2015.

DATED:  5/11/2015

                    MARIANNE MATHERLY, Clerk

                    /S/ Alice Timken
              By:
                    Deputy Clerk

jgm.civ
2/1/95